1  Garrick S. Lew SBN 61889
   Law Offices of Garrick S. Lew & Associates
2  600 Townsend Street, Suite 329E
   San Francisco, CA 94103-4957
3  Telephone:    (415) 575-3588
   Facsimile:    (415) 522-1506
4  email:        gsl@defendergroup.com

5  Attorneys for Defendant Johnson Mai

6

7

8              UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES,                    ) No: 3-06-70479 MAG
   |     Plaintiff                     )
12 |                                   )
   | v.                                )
13 | JOHNSON MAI,                      ) [~~PROPOSED~~] ORDER AND STIPULATION
   |     a/k/a Zhi Xiong Mai           ) FOR CONTINUANCE FROM NOVEMBER
14 |     a/k/a Uncle Hong,             ) 2, 2007 TO DECEMBER 11, 2007 AND
   |     a/k/a Chi Hong Mak,           ) EXCLUDING TIME FROM THE SPEEDY
15 |     a/k/a Hong Suk;               ) TRIAL ACT CALCULATION (18 U.S.C. §
   |                                   ) 3161(h)(8)(A) AND WAIVING TIME
16 | LISA LEE,                         ) LIMITS UNDER RULE 5.1
   |     a/k/a Xiao Ling Li;           )
17 | KAI LUN ZHENG,                    )
   |     a/k/a Wai Keung Cheung,       )
18 |     a/k/a Su Ming,                )
   |     a/k/a Alan Zheng;             )
19 | ZHI EN HUANG,                     )
   |     a/k/a Gao Lo;                 )
20 | DAVID YUEN,                       )
   |     a/k/a Lo Wu,                  )
21 |     a/k/a Wu So Gor; and          )
   | ERIC YU HENG CAI                  )
22 |                                   )
   |     Defendants.                   )
23 |_____)

24

25

26         With the agreement of the parties, and with the consent of the defendants, the Court enters this

27 order scheduling a status conference on December 11, 2007 at 9:30 a.m. before the duty magistrate
28

judge and documenting the defendants' waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv), from November 2, 2007 to and through December 11, 2007. The parties agree, and the Court finds and holds, as follows:

1. The case is very complex and involves international transactions and shipments, foreign banks and complex monetary transactions, extensive wiretap evidence and conversations in different chinese language dialects. There are multiple defendants and discovery is voluminous. All defense counsel involved are in need of additional time to prepare the case. Furthermore, the government and defense counsel are actively involved in the process of global settlement discussions to resolve all pending charges and forfeiture claims involving some\all defendants before the court and additional time is necessary to seek approval of proposed plea and forfeiture agreements with the government.

2. All defendants agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(ii) on the basis of complexity and (iv) continuity of counsel for effective preparation taking into account the exercise of due diligence.

3. The defendants waive the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

4. Accordingly, and with the consent of all parties, the Court (1) alternatively sets a preliminary hearing before the duty magistrate judge on December 11, 2007 at 9:30 a.m. and (2) orders that the period from November 2, 2007 to December 11, 2007 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(b).

IT IS SO STIPULATED:

DATED: October 30, 2007          /s/    Garrick Lew
                                 GARRICK LEW
                                 Attorney for Defendant Johnson Mai

DATED: October 30, 2007          /s/    Gil Eisenberg
                                 GIL EISENBERG
                                 Attorney for Defendant Kai Lun Zheng

| | | |
|---|---|---|
| 1 | DATED: October 30, 2007 | /s/    Brian Getz |
| 2 | | BRIAN GETZ<br>Attorney for Zhi En Huang |
| 3 | | |
| 4 | DATED: October 30, 2007 | /s/    Stuart Hanlon<br>STUART HANLON |
| 5 | | Attorney for David Yuen |
| 6 | DATED: October 30, 2007 | /s/    Randy Montesano<br>RANDY MONTESANO |
| 7 | | Attorney for Eric Cai |
| 8 | DATED: October 30, 2007 | /s/    Thomas Mazzucco<br>THOMAS MAZZUCCO |
| 9 | | Assistant United States Attorney |

IT IS SO ORDERED.

DATED: 11/1/07

_____
HONORABLE EDWARD CHEN
United States Magistrate Judge

Stipulation and Proposed Order for Continuance
[3-06-70479] [MAG]